# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| JEFFREY E. FERGUSON, )<br>)<br>    **PLAINTIFF** )<br>)<br>v. )<br>)  CIVIL NO. 1:16-CV-489-DBH<br>NANCY A. BERRYHILL, ACTING )<br>COMMISSIONER, SOCIAL SECURITY )<br>ADMINISTRATION, )<br>)<br>    **DEFENDANT** ) | |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On June 4, 2017, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision. The time within which to file objections expired on June 19, 2017, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Commissioner's decision is **VACATED** and the case **REMANDED** for proceedings consistent with the Recommended Decision.

**SO ORDERED.**

**DATED THIS 20TH DAY OF JUNE, 2017**

                 /S/ D. BROCK HORNBY
                 **D. BROCK HORNBY**
                 **UNITED STATES DISTRICT JUDGE**